[Civ. No. 7906. First Appellate District, Division One.—April 15, 1931.]

WILLIAM A. BREWER, Petitioner, v. THE INDUS-TRIAL ACCIDENT COMMISSION, ST. PAUL'S EPISCOPAL CHURCH et al., Respondents.

Brobeck, Phleger & Harrison and Southall R. Pfund for Petitioner.

A. I. Townsend for Respondents.

THE COURT.— Said petitioner seeks by writ of review to nullify a decision after rehearing of the Industrial Accident Commission, wherein it was found that certain injuries received by petitioner did not arise out of and in the course of his employment, nor at a time when petitioner was rendering services incident to that employment. There is evidence to show that the injury was received while petitioner was on a personal errand entirely outside of his employment.

Petition is denied.